# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

- **Alexandria Division** -

| | |
|---|---|
| **ERIK J. CARDIN** ) | |
| ) | |
| versus ) | Case No.:  1:19-cv-1646 LO/JFA |
| ) | |
| **LEAH M. OLSZEWSKI** ) | |
| ) | |

# PLAINTIFF'S NOTICE OF SERVICE ON
# NOVEMBER 20, 2020 OF INITIAL DISCLOSURES

Plaintiff Erik J. Cardin gives Notice that he served his Initial Disclosures, including 81 Documents (119 MB), on Defendant's Counsel on the 20th day of November 2020.

.Respectfully submitted,

**ERIK J. CARDIN**

By Counsel

**REDMON, PEYTON & BRASWELL, LLP**

By: __/s/ James S. Kurz_____
James S. Kurz (VSB #16610)
510 King Street, Suite 301
Alexandria, VA  22314
Tel: (703) 684-2000/ Fax: (703) 684-5109
Email: JKurz@RPB-law.com

**CERTIFICATE OF SERVICE**

I certify that a true copy of this Notice was filed on this the 21st day of November 2020 via the Court's ECF System, which filing is valid service on all counsel record.

                                          /s/ James S. Kurz  
                                        James S. Kurz (VSB #16610)  
                                        510 King Street, Suite 301  
                                        Alexandria, VA 22314  
                                        Tel: (703) 684-2000/ Fax: (703) 684-5109  
                                        Email: JKurz@RPB-law.com