IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ERIK J. CARDIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19cv1646 (LO/JFA) |
| ) | |
| LEAH MARIE OLSZEWSKI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

On February 5, 2021, the parties filed a joint motion to extend the discovery cut-off and to reset the final pretrial conference (Docket no. 60), and a joint waiver of hearing on the joint motion. After reviewing the joint motion, and considering the status of this case, the undersigned has determined there should be a hearing on the joint motion to extend the discovery cut-off and to reset the final pretrial conference.

The hearing on the joint motion to extend discovery cut-off and to reset the final pretrial conference will be held through ZoomGov video conferencing service on Friday, February 12, 2021 **at 10:30 a.m.** The court will provide counsel the information needed to participate in the hearing. Parties, counsel, and the public who wish to listen to the argument can use the following information to dial-in to the hearing:

**Dial-In**: 1-877-336-1828

**Access Code**: 6915271

Those utilizing the dial-in information are reminded they are invited to listen only, and they may not participate in the oral argument. Parties who wish to listen must access the dial-in information no later than three (3) minutes prior to the scheduled start time to allow the hearing to be conducted without disruption.

Entered this 9th day of February, 2021.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia