**Document 047**

# Cardin Initial Disclosures

*Case No. 19-1646 (November 20, 2020)*



File No: 303-C-128-B--33977181031354

EXHIBIT 12

SUBJECT Provided E-Mails and Text Messages (Paragraph 2-29)

**Verizon LTE · 12:13 PM · 31%**

**Leah Olszewski, MBA, PMP, CFE**
Mobile · 30m ago

appreciate your help tonight. Means alot to me just to get that info. Thank you very very much. This is the most difficult thing thus far in my life and I'm trying to at least do what I can and walk away eventually with some sort of dignity. Somehow. Please have a good Christmas. Thank you again. Leah

2:30 pm

Hopefully I could help a little bit. Hang in there and try to enjoy the Holidays. Let me know if AFOSI doesn't provide assistance. And you are welcome.

You sound strong and will get through this.

2:46 pm



Type a message

                                                Send

5/23/2018                                                              Gmail - Hey

 Gmail                                             Erik Cardin <ecardin23@gmail.com>

# Hey
2 messages

**Leah Olszewski** <█████████████████████                          Thu, Oct 12, 2017 at 9:26 AM
To: █████████████████████ erik.cardin@us.af.mil

I haven't been to sleep yet and Im sick at stomach again. I am worried about you. I love you. Im sorry I said things about sex with you. Thats not true. At all. I wanted to be with you everyday. And altho it wasn't right i said it because i felt so hurt by you for ignoring my pain that you seemed to have no care after our relatively decent earlier conversation. In any case I want to take that all back, the things i said, but i cant. Last night i didnt know how to walk away when i felt rejected after we were pretty much ok and i wanted to be close to you.

I have been pretty good at communicating when im hurt and why i start into bad things. And ive asked u to help me feel better so i take care of the root problem. But u just ignored me and laughed. And it hurt. I needed u to just do something small to comfort me. Just like i do when u talk about my guy friends. At least i tried last night to make u understand that i understand ur point on that (guy stuff). And i have tried to make amends there. I have never been opposed to that or dug my heels in like u did last night when i needed something positive from you. So why do i not deserve the same?

These past few days have been pretty darn bad but know i had no complaints with anything about us at all - i was enjoying our ride and run and everything about you and me - until u initiated you anger on me for some pretty small stuff. You truly cud have approached me differently each time, like u did on guy subject, and all wud have been well. I did love u before u said it to me. I believe you are awesome when you treat me like u want to be treated. I believe u are smart and all kinds of good stuff. I have always believed in you, period. I deserve to have someone who does the same.

And I have also given you a few passes because i wanted to believe in you and knew if you treated me better not only wud i be happier but YOU wud be happier. Its all connected. There is no reason and no excuse for the past 4 nights. They truly shud have never happened as they did. And if you want to blame me for calling police (even tho i did stop them from arresting you) when you did something not good then thats not cool. U shouldn't have touched me like that. Thats the real issue.

How many times have i asked for u to help make things better - for u and me - the cat door, the garage, counseling. I would think if those issues bothered u enuf u wud do ur part and fix them. And its not fair that i have forgiven you as much as i have and you say wont forgive me. Or love me. I have loved u through alot. it was worth it. There was more good ( u mentioned the other day i forget the good. No I dont! I know how great it can be.) than bad. But its not fair that i shud be shunned for just defending myself as i have. Thats backwards. And its completely illogical for u to expect anyone to not react in a similar fashion to your anger. I need and want a teammate Erik.

I deserve someone who looks out for me like I do them. Someone who hears me say 'i cud stand a little attention now' (like u did at buff wild wings when i was on my phone) and doesn't feel like its a bad thing to give. Its so simple and benefits everyone. Thats all i needed last night. I told u that and u just sat in your chair. I need someone who can communicate with me and tell what they reasonably need before it turns into bad names and nasty. So we can be a better couple. An awesome couple. The best u have ever done at that was yesterday talk about guys. I heard u and i have always been willing to make u more comfy. But i have earned that too. and i have earned the same breaks i have given you.

I don't want to give up. I think it's not logical to give up when you haven't tried alternatives and going to counseling. No wonder things havent changed, at least for you. When u said last night that we couldnt talk this way about each other anymore and we would not do that from here on out, i was on board. The nastiness is way out of my comfort zone and i dont like it. What i know though, In the meantime, is that i deserve some more positivity and comforting when i need it most also. And i deserve forgiveness and a chance (and doing and saying things the right way) like ive given you.

**Erik Cardin** <█████████████████████                              Tue, Oct 17, 2017 at 1:37 PM
To: "CARDIN, ERIK J SMSgt USAF AMC 571 MSAS/SEM" <erik.cardin@us.af.mil>

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ui=2&ik=6e9d9782d7&jsver=FPvd7uxXULs.en.&cbl=gmail_fe_180508.13_p10&view=pt&q=leah.marie.olszewski%40gmail.com&qs=

 Gmail                                              Erik Cardin <ecardin23@gmail.com>

## Going to Er
1 message

**Leah Olszewski** ◄▬▬▬▬▬▬▬▬▬▬▬▬▬▬                                    Fri, Oct 13, 2017 at 10:03 AM
To: ▬▬▬▬▬▬▬▬▬▬ , "Cardin, ERIK J SMSgt USAF AMC 571 MSAS/ Sem" <erik.cardin@us.af.mil>

I really wish you would have listened to me.
















 Retract. Phone busted since oct 11th. Didnt intend for those to go to you.   4:07 PM