**Document 045**

# Cardin Initial Disclosures

*Case No. 19-1646 (November 20, 2020)*



File No: 303-C-128-B--33977181031354

EXHIBIT 10

VICTIM provided Text Messages (Paragraph 2-23)




Exhibit # 2

Page 1 of 2




Exhibit # 2

Page 2 of 2



> Me too
>
> *Jun 23, 2017*
>
> So hows it going with Lee?
>
> Blah
>
> Lol we talked a bit, but he takes a while to respond
>
> Nice guy but def need to meet in person to spark
>
> How are you
>
> Yeh he's like that. Hopefully in person will be better. 😊 Im ok. A few struggles with Erik. But trying. Men r such a pain
>
> Men suck!!! Let's be honest
>
> I hope things work out



> Men suck!!! Let's be honest
>
> I hope things work out
>
> They totally suck!!!
>
> I know right
>
> Yep!!
>
> Nancy looks like she found a decent guy
>
> She did im so happy for her
>
> Me too. She deserves it
>
> We all do... want me to put your man in check?
>
> Yes. He just called me a fuckin bitch. I am so tired girl.



> We all do... want me to put your man in check?
>
> Yes. He just called me a fuckin bitch. I am so tired girl.
>
> Fuck him
>
> Leave
>
> Don't raise that
>
> Take
>
> Fuck him
>
> Yeh. Im tired.
>
> *Jun 24, 2017*
>
> girl, leave
>
> I'm just going to tell you that About twice a day every day till you do



> well. Sorry. 😊
>
> It's ok.
>
> Such is life right
>
> Leave!!!
>
> I know right? Lleeeeeeeave.
>
> So..... we leaving yet?
>
> Getting there for sure.
>
> Hmm... I think you're there
>
> *Jun 29, 2017*
>
> Yeh. And i havent even told u the worst parts. So enuf about me. How r u doing? And lee told me hes moving to navarre.

Exhibit # 3

Page 1 of 2



Exhibit # 16



**Screenshot 1 (Rudy, 2:45 PM):**

Fri, Jun 23, 7:32 PM

- Heyyyyy!
- Hi 😊
- How are you
- Im ok. What about u?
- I'm great, still in DC
- Bumming it on my couch watching Netflix
- Thats always cool. I like bumming and watchin netflix
- How's norcal treating you
- Meh, its ok. Im going to apply to white house fellowship so mite make it to dc someday!

**Screenshot 2 (Rudy, 2:46 PM):**

- So do u go back to where
- Back to FL
- Oh good, Nice.
- How are things with your boyfriend going
- Horrible right now. Hes been horrible to me lately. So not good.
- I'm sorry to hear, maybe it'll pass and he'll be the person you like again
- I think ive lost trust in him. So will be way hard to come back. Sucks.

**Screenshot 3 (Rudy, 2:45 PM):**

- Day
- That's awesome
- I hope you get it
- My time in DC ends here on the 15th of July 😊 👋
- Oh no!!
- Hopefully I'll still be PCS'ingy here later this year
- 👊
- So do u go back to where
- Back to FL
- Oh good, Nice.

**Screenshot 4 (Rudy, 1:28 PM):**

Q Rudy    ⊗ Cancel

- **Rudy**   12/24/17 >
  Get your self distracted
- **Erik Cardin**   7/3/17 >
  Im sorry if that hurt you. I wont text or speak on phone with rudy.
- **New Mike**   4/8/17 >
  Yay! So how did it go? Was rudy as cool as one wud think?
- **Angela, Rudy, +1** ... 2/22/17 >
  Yup
- **Angela, Nancy, Rudy, +...** 12/13/16 >
  AM

Exhibit # 19
Page 1 of 2



**Screen 1 (2:46 PM):**
...will be way hard to come back. Sucks.
Did he cheat on you
> No but some pretty bad stuff. And he threatens to hang out with other girls. Its getting old. He hurts me alot. I often wish i were still in fl
That's really sucks
> Yep
Were you renting our did you item a place in FL
*own
I have a huge place if you need a place in FL

Exhibit # 19

**Screen 2 (2:46 PM):**
*own
I have a huge place if you need a place in FL

Fri, Jun 23, 9:45 PM
> Well that was something else. So he asked who was texting

**Screen 3 (2:47 PM):**
Fri, Jun 23, 9:45 PM
> Well that was something else. So he asked who was texting me and then took my phone and saw ur name and message. It went ape shit from there. Anyway ill just leave it at that. I need to go back to florida probably. I just dont know that i want to be there completely either. Its like i dont know where i want to live. Ill figure it out. Im glad all is well in dc for u. Awesome ur going back to florida.
I'm sorry if my texting you made things worse.
But DC is AWESOME BTW 😊
> Nah dont worry. He was mad before u texted too. Anyway, Im

Page 2 of 2

**Screen 4 (2:47 PM):**
> ...but Im glad all is well in dc for u. Awesome ur going back to florida.
I'm sorry if my texting you made things worse.
But DC is AWESOME BTW 😊
> Nah dont worry. He was mad before u texted too. Anyway, Im going to watch gettysburg and go to bed. I think im done for the day. I hope u have a super night. Its so awesome talking to you rudy. 😊
You too sweet dreams

Mon, Aug 28, 10:14 PM
Hello there
> Why hello there. 😊