


# Extraction Report - Cellebrite Reports

## Summary

| | |
|---|---|
| Cellebrite Physical Analyzer version | 7.42.0.50 |
| Report creation time | 3/4/2021 5:51:37 PM -05:00 |
| Time zone settings (UTC) | (UTC-05:00) New_York (America) |
| Examiner name | Sensei Enterprises, Inc. |
| Case number | 4420 |
| Case name | Cardin |
| Evidence number | 4420A |

## Source Extraction

| Advanced Logical | |
|---|---|
| Extraction start date/time | 2/26/2021 8:56:50 AM -06:00 |
| Extraction end date/time | 2/26/2021 9:13:09 AM -06:00 |
| Unit identifier | 7202676 |
| UFED version | 7.42.0.82 |
| Internal version | 7.42.0.82 |
| Selected manufacturer | Samsung GSM |
| Selected device name | SM-G960U Galaxy S9 |
| Machine name | TOUCH2-7202676 |
| Connection type | Cable No. 170 |
| Backup password | 12345 |
| Extraction type | Advanced Logical [ Android Backup ] |
| Extraction ID | 2ADCB517-CA83-4069-BC26-9F3C483EA2D8 |
| Extraction (UFD) file data integrity | Intact |
| Report type | Phone |
| **File System** | |
| Extraction start date/time | 2/26/2021 9:14:01 AM(UTC-6) |
| Extraction end date/time | 2/26/2021 9:24:18 AM(UTC-6) |
| Unit identifier | 7202676 |
| UFED version | 7.42.0.82 |
| Internal version | 7.42.0.82 |
| Selected manufacturer | Samsung GSM |
| Selected device name | SM-G960U Galaxy S9 |
| Machine name | TOUCH2-7202676 |
| Connection type | Cable No. 170 |
| Backup password | 12345 |
| Extraction type | File System [ Android Backup ] |
| Extraction ID | 6A58922D-BF8B-4F14-825A-944081E6D8F6 |
| Extraction (UFD) file data integrity | Intact |

## Device Information

| Name | Value |
|---|---|
| **File System** | |
| Android ID | b2ea050015398df5 |
| Time Zone | (UTC-05:00)  New_York  (America) |
| Advertising ID #1 | 23c3d2d8-3662-4647-8255-d0b6b7471be2 |
| **Advanced Logical** | |
| Android ID | b2ea050015398df5 |
| Detected manufacturer | samsung |
| Detected model | SM-G960U |
| Phone revision | 10 QP1A.190711.020 G960USQS9FUA2 |
| Advertising ID | 23c3d2d8-3662-4647-8255-d0b6b7471be2 |
| Phone date/time | 2/26/2021 9:57:54 AM -05:00 |
| Client Used for Extraction | Yes |
| Time Zone | (UTC-05:00)  New_York  (America) |
| Advertising ID #1 | 23c3d2d8-3662-4647-8255-d0b6b7471be2 |
| **Extraction Notes** | |
| Generic | +ZZ – Extracted phone time stamp time zone is expressed in quarters of an hour<br>Last IMEI digit might be incorrect. Please check manually on the device. |

## Image Hash Details (3)

⚠ Hash data is available for this project.

| # | Name | Info | |
|---|---|---|---|
| 1 | | Path | Backup |
| | | Size (bytes) | 0 |
| 2 | | Path | XML |
| | | Size (bytes) | 0 |
| 3 | Backup | Path | Samsung GSM_SM-G960U Galaxy S9.zip |
| | | Size (bytes) | 9429390204 |
| | | SHA256 | B57E835861DAD89FA5D1F1206E8D693B610DF4B397C4AE3A125074855F6E0962 |

## Plugins

| # | Name | Author | Version |
|---|---|---|---|
| 1 | PreProject | Cellebrite | 2.0 |
| 2 | ContactsCrossReference<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 3 | ProjectProcessorFinisher | Cellebrite | 2.0 |
| 4 | PostProject | Cellebrite | 2.0 |

## Contents

| Type | Included in report | Total |
|---|---|---|
| 👤 Contacts | 1 | 70 |
| 💬 Instant Messages | 1114 | 1803 |

## Contacts (1)

| # | Contact | Timestamp | Entries | Addresses | Notes | Deleted |
|---|---|---|---|---|---|---|
| 1 | **Name:** Olszewski Leah<br>**Source:** Phone<br>**Source Extraction:** Advanced Logical | | **Phone:**<br>Mobile +17025138554<br>Mobile +17025138554 | 1178 Brompton Ct, Fort Walton Beach, 32547<br><br>1178 Brompton Ct, Fort Walton Beach, 32547 | | |

## Instant Messages (1114)

⚠️ * These details are cross-referenced from this device's contacts

| # | Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|---|
| 1 | Phone | +18502403133<br>Holoway Luke * | | **Timestamp:**<br>10/11/2019 7:01:14 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Sent email with old txt from Leah to me. All dated<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**SMSC:** +14054720057<br>**Folder:** Inbox | |
| 2 | Phone | +18502403133<br>Holoway Luke * | | **Timestamp:**<br>10/11/2019 6:59:30 PM(UTC-4) | **Direction:** Incoming<br>**Body:** http://leaholszewski.com/2019/08/leadership-failures-101-dv-part-1/?fbclid=IwAR2h315Gd0xMnKodi0lElbHW2PoPzjaZi41iQOFbM_iOy5CvXe6T4Xh0kGY<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**SMSC:** +14054720057<br>**Folder:** Inbox | |
| 3 | Phone | +13344515122<br>Harrold Randy * | | **Timestamp:**<br>7/26/2019 4:25:36 PM(UTC-4) | **Direction:** Incoming<br>**Body:** Also<br>Please refrain from discussing the investigation with anyone, especially MAJ Olszewski<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**SMSC:** +14054720057<br>**Folder:** Inbox | |
| 4 | Phone | | 7076444004<br>Small Shelly * | **Timestamp:**<br>1/24/2019 5:07:10 PM(UTC-5) | **Direction:** Outgoing<br>**Body:** Hello Shelly, sorry for the text. I received this snapshot of Leah's Facebook from 2 days ago. Looks like she'll be at court. Just wanted to give you a heads up. Please let me know if you need any additional info. Have a good night.<br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>7076444004<br>Small Shelly<br><br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | | +17072806069<br>Landlord Dan Lee* | | **Timestamp:**<br>6/10/2018 12:01:32 AM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Daniel, I did not take the grill. If the grill wasnt there, then she took it along with my refrigerator. Whatever she is saying is clearly a lie. Also, i came to your house on 28 Oct 2017 to pay you for November's rent. I wrote you a check for $2450. It was check # 1207 and it was for the entire rent for November. Thats when i told you that Leah should be let out of tge lease and i would take over as sole renter. You called her and she refused. She already gave you her half ($1250) and refused a refund. Then you called me back to tell me that she wasn't leaving and that you couldnt let her out of the lease. Its because of that that i was forced to move out and that is when we settled on the amount to break the lease. We met again on 9 December 2017 for the settled final amount of $5513. That was check # 1208. You should have copies of both of these checks. Can you recall now?<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>+17072806069 Landlord Dan Lee<br><br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** MMS<br>**Folder:** Sent |
| 6 | Phone | +17072806069<br>Landlord Dan Lee* | | **Timestamp:**<br>6/9/2018 11:43:17 PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br> of fact stating u offered Leah thru me that u will take over the entire remaining lease.  and I called her to tell her about ur offer to her.  but she r<br><br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**SMSC:** +14054720057<br>**Folder:** Inbox |
| 7 | Phone | +17072806069<br>Landlord Dan Lee* | | **Timestamp:**<br>6/9/2018 11:43:13 PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>Erik.  Leah says you took the BBQ grill that I left at home.  can you send me an email stating whether you took it or not?<br>also can u send me a statement<br><br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**SMSC:** +14054720057<br>**Folder:** Inbox |
| 8 | Phone | | +17072806069<br>Landlord Dan Lee* | **Timestamp:**<br>5/31/2018 1:43:23 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Daniel, Leah belongs to the 20th Special Forces Group with headquarters in Birmingham Alabama. She is the Group S-2, which means she is the Intelligence Officer in Charge. Her commander is Col Derek Lipson. His contact info is: 402-871-7245 or 205-369-8224. The office number to the Group headquarters is 205-957-2342<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>+17072806069 Landlord Dan Lee<br><br>**Source Extraction:** Advanced Logical<br>**Status:** Sent<br>**Message Type:** SMS<br>**Folder:** Sent |
| 9 | Phone | +17025138554<br>Olszewski Leah * | | **Timestamp:**<br>2/2/2018 7:07:35 PM(UTC-5) | **Direction:**<br>Incoming<br>**Body:**<br>Retract. Phone busted since oct 11th. Didnt intend for those to go to you.<br><br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:** SMS<br>**SMSC:** +14054720057<br>**Folder:** Inbox |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | | +17025138554<br>Olszewski Leah * | +13124683359 | Timestamp:<br>2/2/2018 5:15:38 PM(UTC-5) | **Direction:**<br>Incoming<br>**Subject:**<br>NoSubject<br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>+13124683359<br><br>**Attachments:**<br>IMG_6273.jpg    IMG_6271.jpg<br>IMG_6266.jpg    IMG_6272.jpg<br>IMG_6265.jpg<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:**<br>MMS<br>**Folder:**<br>Inbox<br>**Priority:**<br>Low | |
| 11 | | +17025138554<br>Olszewski Leah * | +13124683359 | Timestamp:<br>2/2/2018 5:13:58 PM(UTC-5) | **Direction:**<br>Incoming<br>**Subject:**<br>NoSubject<br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>+13124683359<br><br>**Attachments:**<br>IMG_6273.jpg    IMG_6271.jpg<br>IMG_6266.jpg    IMG_6272.jpg<br>IMG_6265.jpg<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:**<br>MMS<br>**Folder:**<br>Inbox<br>**Priority:**<br>Low | |
| 12 | Phone | +17025138554<br>Olszewski Leah * | | Timestamp:<br>1/3/2018 11:51:13 PM(UTC-5) | **Direction:**<br>Incoming<br>**Body:**<br>I believed in you.<br>**Source Extraction:** Advanced Logical<br>**Status:** Read<br>**Message Type:**<br>SMS<br>**SMSC:**<br>+14054720057<br>**Folder:**<br>Inbox | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1097 | Phone | +17025138554 Olszewski Leah * | | **Timestamp:** 4/7/2017 6:27:17 PM(UTC-4) | **Direction:** Incoming **Body:** Not so super. **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **SMSC:** +14054720057 **Folder:** Inbox | |
| 1098 | Phone | | +17025138554 Olszewski Leah * | **Timestamp:** 4/7/2017 2:01:03 PM(UTC-4) | **Direction:** Outgoing **Body:** Hey babe, how are you today? **Participants:** Participant  Delivered  Read  Played +17025138554 Olszewski Leah **Source Extraction:** Advanced Logical **Status:** Sent **Message Type:** SMS **Folder:** Sent | |
| 1099 | Phone | +17025138554 Olszewski Leah * | | **Timestamp:** 4/7/2017 1:56:21 PM(UTC-4) | **Direction:** Incoming **Body:** Hey **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **SMSC:** +14054720057 **Folder:** Inbox | |
| 1100 | Phone | +17025138554 Olszewski Leah * | | **Timestamp:** 4/7/2017 12:49:43 AM(UTC-4) | **Direction:** Incoming **Body:** Wtf  Stupid conversations at night were never a good thing for me. All i wanted to was talk to the man i love about his day and hear your voice. **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **SMSC:** +14054720057 **Folder:** Inbox | |
| 1101 | Phone | +17025138554 Olszewski Leah * | | **Timestamp:** 4/6/2017 10:44:08 PM(UTC-4) | **Direction:** Incoming **Body:** Ok. I will get ready for bed real quick. Just got in. So pooped. **Source Extraction:** Advanced Logical **Status:** Read **Message Type:** SMS **SMSC:** +14054720057 **Folder:** Inbox | |
| 1102 | Phone | | +17025138554 Olszewski Leah * | **Timestamp:** 4/6/2017 10:43:39 PM(UTC-4) | **Direction:** Outgoing **Body:** Sure **Participants:** Participant  Delivered  Read  Played +17025138554 Olszewski Leah **Source Extraction:** Advanced Logical **Status:** Sent **Message Type:** SMS **Folder:** Sent | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1103 | Phone | +17025138554 Olszewski Leah * | | Timestamp: 4/6/2017 10:43:29 PM(UTC-4) | Direction: Incoming  Body: Chat in few?  Source Extraction: Advanced Logical  Status: Read  Message Type: SMS  SMSC: +14054720057  Folder: Inbox | |
| 1104 | Phone | | +17025138554 Olszewski Leah * | Timestamp: 4/6/2017 10:42:43 PM(UTC-4) | Direction: Outgoing  Body: Thats good babe  Participants:  Participant   Delivered   Read   Played  +17025138554 Olszewski Leah  Source Extraction: Advanced Logical  Status: Sent  Message Type: SMS  Folder: Sent | |
| 1105 | Phone | +17025138554 Olszewski Leah * | | Timestamp: 4/6/2017 10:40:54 PM(UTC-4) | Direction: Incoming  Body: Hey babe. Im now at my parents house. So made it back to bham.  Source Extraction: Advanced Logical  Status: Read  Message Type: SMS  SMSC: +14054720057  Folder: Inbox | |
| 1106 | Phone | | +17025138554 Olszewski Leah * | Timestamp: 4/6/2017 10:38:07 PM(UTC-4) | Direction: Outgoing  Body: Did you make it to your sisters yet?  Participants:  Participant   Delivered   Read   Played  +17025138554 Olszewski Leah  Source Extraction: Advanced Logical  Status: Sent  Message Type: SMS  Folder: Sent | |
| 1107 | Phone | +17025138554 Olszewski Leah * | | Timestamp: 4/6/2017 7:15:44 PM(UTC-4) | Direction: Incoming  Body: Im ok. Stuck in nashville traffic.  but all good. I  you sexy man.  Source Extraction: Advanced Logical  Status: Read  Message Type: SMS  SMSC: +14054720057  Folder: Inbox | |
| 1108 | Phone | | +17025138554 Olszewski Leah * | Timestamp: 4/6/2017 7:13:16 PM(UTC-4) | Direction: Outgoing  Body: Im ok babe, how r u?  Participants:  Participant   Delivered   Read   Played  +17025138554 Olszewski Leah  Source Extraction: Advanced Logical  Status: Sent  Message Type: SMS  Folder: Sent | |

| | | | | | |
|---|---|---|---|---|---|
| 1109 | Phone | +17025138554<br>Olszewski Leah * | | Timestamp:<br>4/6/2017 7:02:46 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Hows your day going babe?<br><br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br>+14054720057<br>Folder:<br>Inbox |
| 1110 | Phone | +17025138554<br>Olszewski Leah * | | Timestamp:<br>4/6/2017 6:54:23 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Oh ok. This is the town where my sister lives.<br><br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br>+14054720057<br>Folder:<br>Inbox |
| 1111 | Phone | | +17025138554<br>Olszewski Leah * | Timestamp:<br>4/6/2017 6:52:22 PM(UTC-4) | Direction:<br>Outgoing<br>Body:<br>Yes, Culver's is a midwestern thing. It started in Wisconsin but is popular in illinois<br>Participants:<br><br>Participant  Delivered  Read  Played<br>+17025138554 Olszewski Leah<br><br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent |
| 1112 | Phone | +17025138554<br>Olszewski Leah * | | Timestamp:<br>4/6/2017 10:39:27 AM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Ive prayed you have a decent conversation with chief. Thanks for checking on me.<br><br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br>+14054720057<br>Folder:<br>Inbox |
| 1113 | Phone | +17025138554<br>Olszewski Leah * | | Timestamp:<br>4/6/2017 10:34:45 AM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Love your voice. Muah<br><br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br>+14054720057<br>Folder:<br>Inbox |
| 1114 | Phone | | +17025138554<br>Olszewski Leah * | Timestamp:<br>4/5/2017 11:01:07 PM(UTC-4) | Direction:<br>Outgoing<br>Body:<br>Love you babe<br>Participants:<br><br>Participant  Delivered  Read  Played<br>+17025138554 Olszewski Leah<br><br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent |