```
    IN THE CIRCUIT COURT IN AND FOR SANTA ROSA COUNTY, FLORIDA



LEAH OLSZEWSKI,

  Petitioner,

vs.                            CASE NO:  2018 DR 1260



ERIK CARDIN,

  Respondent.
_____/
```

Digitally-recorded proceedings held in the above-styled cause before the Honorable Ross Goodman, Circuit Judge, on the 12th day of September, 2018, at the Santa Rosa County Courthouse, 6865 Caroline Street, Milton, Florida, 32570.

APPEARANCES:

FOR THE PETITIONER:   LINDSAY MCDONALD, ESQUIRE
                      2001 W. Blount Street
                      Pensacola, Florida 32501


FOR THE RESPONDENT:   JOHN KVARTEK, ESQUIRE
                      100 N. Spring Street, Suite 2
                      Pensacola, Florida 32501




                      J. ELAINE TYREE, R.P.R.
                      CIRCUIT COURT REPORTER

553

1    oath.  Okay?
2              MR. CARDIN:  Understood, Your Honor.
3              THE COURT:  Okay.
4    WHEREUPON,            ERIK GERALD CARDIN,
5    having been first duly sworn, was examined and testified as
6    follows:
7                      DIRECT EXAMINATION
8    BY MR. KVARTEK:
9         Q.   All right.  Sir, would you please state your
10   full name?
11        A.   Erik Gerald Cardin.
12        Q.   And, sir, where do you reside?
13        A.   I reside in Vacaville, California.
14        Q.   And do you own a home or rent a home out
15   there?
16        A.   I rent an apartment.
17        Q.   All right.  And you have property here in
18   Florida also?
19        A.   I do, sir.
20        Q.   Is it leased by tenants?
21        A.   It is currently being rented out, and I have
22   tenants in the home; yes.
23        Q.   All right.  The -- are you currently in the
24   Air Force?
25        A.   No.  I am officially retired as of 1

554

1   September, 2018.
2       Q.   And did you have an honorable discharge?
3       A.   I had an honorable discharge, and I -- and I'm
4   a retiree, yes.
5       Q.   And do you have full benefits?
6       A.   I have full benefits, yes, sir.
7       Q.   Was there any -- did you have any -- well, as
8   far as any investigations, is it your understanding that
9   those are all concluded?
10      A.   Yes, sir.
11      Q.   You received a reprimand, correct?
12      A.   Yes.  I did.
13      Q.   Okay.  And that reprimand is over?
14      A.   That's correct, yes.
15      Q.   And did that relate to a statement that you
16  had made?
17      A.   It did, sir, yes.
18      Q.   Okay.  And in the statement you said in an
19  argument that you would knock her teeth out or something
20  like that, correct?
21      A.   I made that statement, yes, sir.
22      Q.   Were you proud that you made that statement in
23  the argument?
24      A.   No, sir.
25      Q.   Did you ever intend to do that?

580

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF SANTA ROSA

    I, J. ELAINE TYREE, R.P.R., Official Court Reporter, do hereby certify that the foregoing is a true and correct transcript of the proceedings held in the case of LEAH OLSZEWSKI vs. ERIK CARDIN, Case No. 2018 DR 1260, on the 12th day of September, 2018, before the Honorable Ross Goodman, Circuit Judge, at 6865 Caroline Street, Milton, Florida.

    IN WITNESS WHEREOF, I have hereunto set my hand, this the 2nd day of November, 2018.

_____
J. ELAINE TYREE, R.P.R.
Official Circuit Court Reporter