

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ERIK J. CARDIN,

    *Plaintiff,*

v.

LEAH OLSZEWSKI,

    *Defendant.*

Case No. 1:19cv01646 (LO/JFA)

## VERDICT FORM

**Malicious Prosecution – Alexandria Criminal Complaint**

As to Plaintiff Erik J. Cardin's claim of malicious prosecution against Defendant Leah M. Olszewski based on the May 7, 2019 Alexandria Criminal Complaint, we the jury unanimously find by a preponderance of the evidence that Ms. Olszewski initiated this complaint against Mr. Cardin ~~with~~ / **(without)** [*circle one*] probable cause and **(with)** / ~~without~~ [*circle one*] malice, and therefore find in favor of:

    __X__ ERIK J. CARDIN      or      _____ LEAH M. OLSZEWSKI

**Malicious Prosecution – Arlington Criminal Complaint**

As to Plaintiff Erik J. Cardin's claim of malicious prosecution against Defendant Leah M. Olszewski based on the October 31, 2019 Arlington Criminal Complaint, we the jury unanimously find by a preponderance of the evidence that Ms. Olszewski initiated this complaint against Mr. Cardin with **(without)** [*circle one*] probable cause and **(with)** / without [*circle one*] malice, and therefore find in favor of:

    __X__ ERIK J. CARDIN      or      _____ LEAH M. OLSZEWSKI

**Compensatory Damages – Malicious Prosecution**

Only complete the following if at least one of the findings on the previous page is in favor of Plaintiff Erik J. Cardin: With respect to Mr. Cardin's malicious prosecution claim, we the jury unanimously assess Plaintiff Erik J. Cardin's actual or compensatory damages in the sum of $ _10,000_ .

**Punitive Damages – Malicious Prosecution**

If you award Plaintiff Erik J. Cardin compensatory damages on his claim for malicious prosecution, then complete the following with respect to punitive damages:

We the jury unanimously find that Leah M. Olszewski acted with actual malice in connection with initiating either the May 7, 2019 Alexandria Criminal Complaint or the October 31, 2019 Arlington Criminal Complaint against Mr. Cardin, and therefore award punitive damages to Plaintiff Erik J. Cardin in the sum of $ _Ø_ .

**Violation of California Civil Code § 1708.6**

As to Defendant/Counterclaimant Leah M. Olszewski's counterclaim for violation of California Civil Code § 1708.6 against Plaintiff Erik J. Cardin, we the jury unanimously find by a preponderance of the evidence, in favor of:

__X__ ERIK J. CARDIN    or    _____ LEAH M. OLSZEWSKI

**Compensatory Damages (Counterclaim)**

Only complete the following if the finding above for "Violation of California Civil Code § 1708.6" is in favor of Leah M. Olszewski: We, the jury in the above-entitled action, unanimously assess Defendant Counterclaimant Leah M. Olszewski's actual or compensatory damages in the sum of $ _____ .

**Punitive Damages (Counterclaim)**

If you award Defendant/Counterclaimant Leah M. Olszewski compensatory damages on her counterclaim for violation of California Civil Code § 1708.6, then complete the following with respect to punitive damages:

We the jury unanimously find by that Erik J .Cardin acted with malice or oppression warranting an award of punitive damages in connection with Leah M. Olszewski's counterclaim for violation of California Civil Code § 1708.6, and therefore, award punitive damages to Defendant/Counterclaimant Leah M. Olszewski in the sum of $_____.

[REDACTED]

3