# United States District Court

EASTERN DISTRICT OF VIRGINIA

ERIK J. CARDIN,   JUDGMENT IN A CIVIL CASE

    Plaintiff/Counterclaim Defendant,

vs.   CASE NUMBER: 1:19cv01646-LO-JFA

LEAH MARIE OLSZEWSKI,

    Defendant/Counterclaim Plaintiff.

[X] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Plaintiff, Erik J. Cardin, and against Defendant Leah Marie Olszewski, in the amount of $10,000.00 in compensatory damages.

IT IS FURTHER ORDERED that Judgment is hereby entered in favor of the Counterclaim Defendant, Erik J. Cardin.

This Judgment is entered in accordance with the jury verdict, dated July 16, 2021.

July 19, 2021   FERNANDO GALINDO
Date   Clerk

    /s/ Paulina A. Miller
    (By) Deputy Clerk