AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Erik J. Cardin | ) | |
| --- | --- | --- |
| v. | ) | Case No.: 1:19-cv-1646 |
| Leah M. Olszewski | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __07/19/2021__ against __Leah M. Olszewski__,
the Clerk is requested to tax the following as costs:

| | |
| --- | ---: |
| Fees of the Clerk ................................................. | $ 400.00 |
| Fees for service of summons and subpoena ............................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 4,944.24 |
| Fees and disbursements for printing ................................... | 362.40 |
| Fees for witnesses *(itemize on page two)* ............................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................. | 124.20 |
| Docket fees under 28 U.S.C. 1923 .................................... | |
| Costs as shown on Mandate of Court of Appeals ........................... | |
| Compensation of court-appointed experts ............................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ......................................... | |
| TOTAL | $ 5,830.84 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _/s/ James S. Kurz_

Name of Attorney: James S. Kurz

For: __Erik J. Cardin__                                    Date: __07/29/2021__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



James Kurz

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, December 31, 2019 3:22 PM |
| To: | James Kurz |
| Subject: | Pay.gov Payment Confirmation: VAED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 26MGM5Q4
Agency Tracking ID: 0422-7004647
Transaction Type: Sale
Transaction Date: Dec 31, 2019 3:21:53 PM

Account Holder Name: James Kurz
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************0733

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

JK
23374.01

1

④

| ST44 Rev. 04/18 | UNITED STATES DISTRICT COURT |
| --- | --- |
| Derived from AO44 Rev. 04/18 | For the Eastern District of Virginia |

INVOICE 20202409

**MAKE CHECKS PAYABLE TO:**

| | |
| --- | --- |
| James S. Kurz<br>Redmon, Peyton & Braswell, LLP<br>510 King Street<br>Suite 301<br>Alexandria, VA 22314<br>(703) 684-2000<br>jkurz@RPB-law.com | Scott Wallace Reporting, Inc.<br>401 Courthouse Square<br>Alexandria, VA 22314<br>(703) 549-4626<br>scottlyn01@aol.com<br>Tax ID: 20-2094796 |

| _ CRIMINAL   X CIVIL | DATE ORDERED: 06-30-2021 | DATE DELIVERED: 07-01-2021 |
| --- | --- | --- |

In the matter of: 1:19-CV-01646, Erik Cardin v Leah Marie Olszewski

Transcript of motion hearing proceedings held on June 25, 2021 before the Honorable Liam O'Grady.

*Pd by JKurz credit card*

*Cardin 23574.1 / 2334*

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | 76 | 1.20 | 91.20 | | | | 91.20 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 91.20 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (if Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| Date: 07-01-2021 | | Check: CC | | | Amount: 91.20 | | | | Total Due | 0.00 |

**ADDITIONAL INFORMATION**

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s/Scott L. Wallace, RDR, CRR | DATE: 07-01-2021 |
| --- | --- |

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 402351 | 4/26/2021 | 364512 |
| Job Date | Case No. | |
| 4/7/2021 | 1:19-cv-01646 (LO/JFA) | |
| Case Name | | |
| Cardin -v- Olszewski | | |
| Payment Terms | | |
| Due upon receipt | | |

James S. Kurz, Esquire
Redmon, Peyton & Braswell, L.L.P.
510 King Street
Suite 301
Alexandria, VA 22314

TRANSCRIPT WITH INDEX OF:
    Erik J. Cardin                                                      298.00   Pages                  908.90
        Exhibits                                          396.00   Pages                  158.40

**TOTAL DUE >>>**  **$1,067.30**

AFTER 5/26/2021  PAY           $1,120.67

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289         Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

(-) Payments/Credits:           0.00
(+) Finance Charges/Debits:    85.39
(=) New Balance:           **$1,152.69**

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

James S. Kurz, Esquire
Redmon, Peyton & Braswell, L.L.P.
510 King Street
Suite 301
Alexandria, VA 22314

Invoice No.    : 402351
Invoice Date   : 4/26/2021
**Total Due**   : **$1,152.69**

Remit To: **Planet Depos, LLC**
          **P.O. BOX 791571**
          **Baltimore, MD 21279-1571**

Job No.      : 364512
BU ID        : 01-DMV-R
Case No.     : 1:19-cv-01646 (LO/JFA)
Case Name    : Cardin -v- Olszewski

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | James Kurz<br>Redmon Peyton & Braswell LLP<br>510 King Street<br>Suite 301<br>Alexandria, VA, 22314 | Invoice #: | 4946373 |
|---|---|---|---|
| | | Invoice Date: | 4/30/2021 |
| | | Balance Due: | $3,064.74 |

**Case: Cardin v. Olszewski (1:19CV1646)**                         **Proceeding Type: Depositions**

Job #: 4495630   |   Job Date: 4/8/2021   |   Delivery: Expedited
Location:         Alexandria, VA
Billing Atty:     James Kurz
Scheduling Atty:  James Kurz | Redmon Peyton & Braswell LLP

**Witness: Leah Olszewski** | **Amount**
---|---
Transcript Services | $1,303.50
Transcript - Expedited | $993.24
Professional Attendance | $100.00
Veritext Virtual Services | $295.00
Exhibit Share | $345.00
Delivery and Handling | $28.00

Notes:

| | |
|---|---|
| Invoice Total: | $3,064.74 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $3,064.74 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | To pay online, go to www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Invoice #: | 4946373 |
|---|---|---|---|
| | | Invoice Date: | 4/30/2021 |
| | | Balance Due: | $3,064.74 |

22807

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569


VERITEXT LEGAL SOLUTIONS

| Bill To: | James Kurz<br>Redmon Peyton & Braswell LLP<br>510 King Street<br>Suite 301<br>Alexandria, VA, 22314 | | Invoice #:<br>Invoice Date:<br>Balance Due: | 4900358<br>3/24/2021<br>$766.27 |
|---|---|---|---|---|

**Case: Erik J. Cardin v. Leah Olszewski (1:19CV1646)**   **Proceeding Type: Depositions**

Job #: 4488684   |   Job Date: 3/10/2021   |   Delivery: Normal

Location: Alexandria, VA
Billing Atty: James Kurz
Scheduling Atty: James Kurz | Redmon Peyton & Braswell LLP

| Witness: James W. Hopper, Ph.D. | Amount |
|---|---|
| Minimum Charge for Services Rendered | $250.00 |
| Professional Attendance | $100.00 |
| Veritext Virtual Services | $295.00 |
| Transcript Services | $48.00 |
| Delivery and Handling | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $721.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $45.27 |
| Balance Due: | $766.27 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 126 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Invoice #:   4900358
Invoice Date:   3/24/2021
Balance Due:   $766.27

22807

## Plaintiff Cardin's Fees and Disbursements for Printing Trial Exhibits

*[Outlined below is the calculation for the total amount paid in printing Plaintiff Cardin's Trial Exhibits necessary for this Jury Trial. This is a conservative calculation.]*

- Plaintiff Cardin's sixty-eight Trial Exhibits were made up of 453 pages of standard, white printer paper.

- Four copies of Plaintiff Cardin's Trial Exhibits were made and distributed to: (1) the Court, (2) the Clerk, (3) opposing counsel, and (4) the witness stand.

- Four copies, each containing 453 pages of exhibit material, equates to a total of 1,812 pages.

- The printing cost per page is $0.20. At $0.20 per page, printing 1,812 pages for necessary Trial Exhibits cost us a total of $362.40. This figure does not factor in the pages we printed in color, which had a higher printing cost per page.

Ship Date: Jul 01, 2021  Cust. Ref.: NO REFERENCE INFORMATION  Ref.#2:
Payor: Third Party  Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
Distance Based Pricing, Zone 3
We calculated your charges based on a dimensional weight of 11.0 lbs, 13 in x 12 in x 9 in, using a dimensional factor of 139.

③

| | | | |
|---|---|---|---|
| Automation | SSFO | **Sender** | **Recipient** |
| Tracking ID | 281016721201 | REDMON, PEYTON & BRASWELL | Christine walz |
| Service Type | FedEx Standard Overnight | 510 KING ST STE 301 | HOLLAND & KNIGHT |
| Package Type | Customer Packaging | ALEXANDRIA VA 22314 US | 31 W 52ND ST |
| Zone | 03 | | NEW YORK NY 10019 US |
| Packages | 1 | | |
| Actual Weight | 8.0 lbs, 3.6 kgs | | |
| Rated Weight | 11.0 lbs, 5.0 kgs | | |
| Delivered | Jul 02, 2021 10:54 | Transportation Charge | 66.31 |

23374.1

Continued on next page

**FedEx**

Invoice Number: 7-426-69724
Invoice Date: Jul 06, 2021
Account Number: 1433-0907-0
Page 4 of 4

Tracking ID: 281016721201 continued

| | | | | |
|---|---|---|---|---|
| Svc Area | A1 | Discount | | -29.64 |
| Signed by | T.A TAURUS | Fuel Surcharge | | 3.10 |
| FedEx Use | 000000000/1305/ | Total Charge | USD | $39.57 |
| | | **Third Party Subtotal** | **USD** | **$69.09** |
| | | **Total FedEx Express** | **USD** | **$215.39** |

**FedEx Other Charges Detail**

| Transaction ID: 9406198[...] | Transaction Date: [...] | Transaction Type: Merchandise Sales | | | |
|---|---|---|---|---|---|
| Purchaser: Peshela | | Description | Quantity | Unit Price | Total Charge |
| Purchase Location: | | Standard-Large Slick Mailer | 1 | 3.49 | 3.49 |
| 10940 FAIRFAX BLVD | | Sales Tax | | | 0.21 |
| FAIRFAX, VA 22030 | | Total | | USD | 3.70 |
| | | **Merchandise Sales Subtotal** | | **USD** | **3.70** |
| | | **Total Other Charges** | | **USD** | **3.70** |

**FedEx Office**
13155 Noel Road, Suite 1600
Dallas, Texas 75240
1-800-488-3705

Order Date: 05/21/2021     Branch: 1819
Order Time: 17:27:00       Register: 5
Pickup Date: 05/21/2021
Pickup Time: 18:00
Team Member: Naiya Y.

CLAIM CHECK



Customer: James Kurz

Project Name:
Quick Order                      17.97
    1 @ 17.97

Sub-Total (TAX NOT INCLUDED)     17.97
Balance Due                       0.00

CLAIM CHECK

**This is not a receipt**
All prices shown are estimates

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

---

685 N Washington St
Alexandria, VA 22314-1913
Tel: (703) 739-0783
5/7/2021                 9:41:08 AM EST
Trans.: 8738
Register: 006             Branch: 1819
Team Member: Anita M.     T111:0284852
Customer: James Kurz

DEPOSIT ON ORDER



Order Number: 181904C8T
Order Due Date: 05/08/2021

Sub-Total                       15.87
Total                           15.87
Deposit Paid                    15.87
Estimated Tax                    0.90

(Tax will be recalculated at the
applicable rate at time of tender.)

Balance Due                      0.00

Cash                            20.00
Total Tender                    20.00
Change Due                      (4.13)

All jobs produced for customers will be
retained for 30 days after the order
due date reflected on this receipt.
FedEx Office is not responsible for
retaining any work not picked up by
customer after such 30 day period
and is entitled to collect and
retain any deposits or other payment
for all work performed on customer's
behalf.

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

---

685 N Washington St
Alexandria, VA 22314-1913
Tel: (703) 739-0783
5/21/2021               5:31:07 PM EST
Trans.: 9439
Register: 005            Branch: 1819
Team Member: Naiya Y.    T111:0113110
Customer: James Kurz

DEPOSIT ON ORDER



Order Number: 181904C82
Order Due Date: 05/21/2021

Sub-Total                       19.05
Total                           19.05
Deposit Paid                    19.05
Estimated Tax                    1.08

(Tax will be recalculated at the
applicable rate at time of tender.)

Balance Due                      0.00

Cash                            20.00
Total Tender                    20.00
Change Due                      (0.95)

All jobs produced for customers will be
retained for 30 days after the order
due date reflected on this receipt.
FedEx Office is not responsible for
retaining any work not picked up by
customer after such 30 day period
and is entitled to collect and
retain any deposits or other payment
for all work performed on customer's
behalf.

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

## Receipt 1



FedEx Office

685 N Washington St
Alexandria, VA 22314-1913
Tel: (703) 739-0783

6/23/2021                           2:59:54 PM EST
Trans.: 5395                        Branch: 1819
Register: 004                       T111:01104259
Team Member: Naiya Y.
Customer: James Kurz

DEPOSIT ON ORDER

*181900 45395*

Order Number: 181904CS5
Order Due Date: 06/23/2021

| | |
|---|---|
| Sub-Total | 15.87 |
| Total | 15.87 |
| Deposit Paid | 15.87 |
| Estimated Tax | 0.90 |

(Tax will be recalculated at the applicable rate at time of tender.)

| | |
|---|---|
| Balance Due | 0.00 |
| Cash | 20.00 |
| Total Tender | 20.00 |
| Change Due | (4.13) |



*18190045395*

All jobs produced for customers will be retained for 30 days after the order due date reflected on this receipt. FedEx Office is not responsible for retaining any work not picked up by customer after such 30 day period and is entitled to collect and retain any deposits or other payment for all work performed on customer's behalf.

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

## Receipt 2



FedEx Office

685 N Washington St
Alexandria, VA 22314-1913
Tel: (703) 739-0783

6/10/2021                           6:15:37 PM EST
Trans.: 9754                        Branch: 1819
Register: 005                       T111:03113317
Team Member: Naiya Y.
Customer: James Kurz

DEPOSIT ON ORDER

*181900 59754*

Order Number: 181904CMH
Order Due Date: 06/11/2021

| | |
|---|---|
| Sub-Total | 15.87 |
| Total | 15.87 |
| Deposit Paid | 15.87 |
| Estimated Tax | 0.90 |

(Tax will be recalculated at the applicable rate at time of tender.)

| | |
|---|---|
| Balance Due | 0.00 |
| Cash | 20.00 |
| Total Tender | 20.00 |
| Change Due | (4.13) |



*18190059754*

All jobs produced for customers will be retained for 30 days after the order due date reflected on this receipt. FedEx Office is not responsible for retaining any work not picked up by customer after such 30 day period and is entitled to collect and retain any deposits or other payment for all work performed on customer's behalf.

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy